COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Michael Anthony Bisor v. The State of Texas

Appellate case number:      01-14-00836-CR

Trial court case number:    1389495

Trial court:                232nd District Court

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we order appellant's appointed counsel, J. Sidney Crowley, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack

☑ Acting individually    ☐ Acting for the Court

Date: May 1, 2015